```
                   IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA


STEPHEN T. BURSIC,             )
          Plaintiff,           )
                               )
               v.              )    2:06-cv-603
                               )
COMMISSIONER OF SOCIAL         )
SECURITY,                      )
                               )
          Defendant.           )
```

<u>O    R    D    E    R</u>

AND NOW, this 8th day of November, 2006, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying his claim for a period of disability or for disability insurance benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 7) is granted, and that the decision of the Commissioner is reversed.  Defendant's motion for summary judgment (Document No. 9) is denied.

                                  BY THE COURT:

                                  <u>s/ Terrence F. McVerry</u>
                                  United States District Judge